

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Roberto Canas Gardea, Appellant

No. 06-22-00004-CR      v.

The State of Texas, Appellee

Appeal from the 276th District Court of Camp County, Texas (Tr. Ct. No. CF-20-02048). Memorandum Opinion delivered by Justice van Cleef, Chief Justice Morriss and Justice Stevens participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the certified bill of costs by (1) changing the amount charged for "REIMBURSEMENT FEE STATE (FELONY)" to $133.00, (2) deleting the charge for "REIMBURSEMENT FEE COUNTY (FELONY)," (3) changing the amount for "TOTAL FELONY REIMBURSEMENT FEE" to $133.00, (4) deleting the charge for "TIME PAYMENT FEE," (5) deleting the charge for "EMS FEE," (6) changing the amount charged for "TOTAL PEACE OFFICER SERVICE" to $115.00, (7) changing the amount of "TOTAL REIMBURSEMENT & SERVICE FEES" to $248.00, (8) deleting the charge for "COURT APPOINTED ATTORNEY FEE," and (9) changing the amount of "TOTAL DUE FOR ALL COSTS, FINES, AND FEES AND REIMBURSEMENTS" to $10,248.00. We also modify the trial court's judgment by changing the amount under "Court Costs" to $248.00 and by deleting "$ to be determined" under "Reimbursement Fees." As modified, we affirm the trial court's judgment.

We note that the appellant, Roberto Canas Gardea, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED NOVEMBER 18, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk